UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC.,

                Plaintiff,

      v.                              Case No. 6:19-cv-06829-CJS-MJP

OHB SYSTEM AG,

                Defendant.

## DEFENDANT OHB SYSTEM AG'S APPENDIX TO LOCAL RULE 56 STATEMENT OF MATERIAL FACTS

| DOCUMENT | EXHIBIT |
|---|---|
| December 10, 2013 ValveTech quotation to OHB, produced and identified as Bates number OHB000255 | A |
| Non-Disclosure and Proprietary Rights Agreement between OHB and ValveTech executed on or about November 21, 2014 (the "2014 NDA") | B |
| Non-Disclosure and Proprietary Rights Agreement between OHB and ValveTech executed on or about June 16, 2016 and July 27, 2016 (the "2016 NDA") | C |
| Non-Disclosure and Proprietary Rights Agreement between OHB and ValveTech executed on or about March 21, 2018 and April 17, 2018 (the "2018 NDA") | D |
| Non-Disclosure Agreement between OHB and TAS executed on or about July 11, 2018 | E |
| OHB Purchase Order numbered 4552225 ("Purchase Order No. 225"), produced and identified as Bates number OHB000029 | F |
| OHB Purchase Order numbered 4552785 ("Purchase Order No. 785") | G |
| Executed minutes of the July 25, 2018 meeting between OHB and ValveTech | H |
| Foreign transaction record of September 11, 2018 payment by OHB to ValveTech (German Original) | I |
| Foreign transaction record of September 11, 2018 payment by OHB to ValveTech (English Translation) | J |
| ValveTech Packing List referencing Purchase Order No. 785, produced and identified as Bates number VTI000105 | K |
| ValveTech Certificate of Conformance referencing Purchase Order No. 785, produced and identified as Bates number VTI000260 | L |

1

| | |
|---|---|
| OHB Purchase Order numbered 4552786 ("Purchase Order No. 786"), produced and identified as Bates number OHB000110 | M |
| ValveTech Packing List referencing Purchase Order No. 786, produced and identified as Bates number VTI000035 | N |
| OHB's Objections and Responses to ValveTech's First Set of Interrogatories | O |
| June 18, 2019 Letter from the United States Bureau of Industry and Security, Office of Export Enforcement to OHB | P |
| OHB's Objections and Responses to ValveTech's First Set of Requests for Production of Documents | Q |
| OHB's First Set of Requests for Production of Documents to ValveTech | R |
| OHB's First Set of Interrogatories to ValveTech | S |
| ValveTech's First Set of Requests for Production to OHB | T |
| ValveTech's First Set of Interrogatories to OHB | U |
| ValveTech's Response to OHB's First Request for Production of Documents | V |
| ValveTech's Response to OHB's First Set of Interrogatories | W |
| ValveTech's Supplemental Response to OHB's First Request for Production of Documents | X |
| Letter from Christopher J. Lattuca to Magistrate Judge Pedersen dated November 24, 2020 | Y |
| ValveTech Terms and Conditions ("Terms & Conditions"), produced and identified as Bates number VTI000026 | Z |

Dated: New York, New York
      February 24, 2022

                                        */s/ Karl Geercken*

                                        Karl Geercken, Esq.
                                        Steven L. Penaro, Esq.
                                        ALSTON & BIRD LLP
                                        90 Park Avenue
                                        New York, NY 10016
                                        (212) 210-9471
                                        karl.geercken@alston.com
                                        steve.penaro@alston.com

                                        *Attorneys for Defendant*
                                        *OHB System AG*